LOUIS SEIDMAN and LIZZIE SEIDMAN, Wife of the Said LOUIS SEIDMAN, Respondents, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint. [162 Misc. 560.]

DR. MILES LABORATORIES, INC., Respondent, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and PHILIP KACHURIN, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment of WHITE ALLOM & CHARLES ROBERSON OF LONDON, INC., Assignor, to GEORGE F. O'NEILL and EDWIN M. SLOTE, Coassignees, Respondents, for the Benefit of Creditors. EDWD. F. CALDWELL & CO., INC., Claimant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the General Assignment of WHITE ALLOM & CHARLES ROBERSON OF LONDON, INC., Assignor, to GEORGE F. O'NEILL and EDWIN M. SLOTE, Coassignees, for the Benefit of Creditors. ALREDSPREAT REALTY CORPORATION, Claimant, Appellant; GEORGE F. O'NEILL and EDWIN M. SLOTE, Assignees, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for an Order Authorizing the Payment of a Sixth Dividend to Creditors Whose Claims Have Been Filed and Accepted, on Accepted Accounts Payable Appearing on the Books of The Bank of United States, etc.— Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ROSE HANDLER and ABRAHAM HANDLER, Respondents, v. REMILL REALTY Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CONCETTA SPINNATO, an Infant, by ANGELINA SPINNATO, Her Guardian ad Litem, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent. GIACINTO SPINNATO, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of HARRY GORDON, Respondent, v. FRANK GLEICHAUF, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.